1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

The Honorable Ronald B. Leighton

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

SEAN WILSON, individually and on behalf of all others similarly situated,

Plaintiff,

v.

PLAYTIKA, LTD., an Israeli limited company, and
CEASARS INTERACTIVE ENTERTAINMENT, LLC, a Delaware limited liability company,

Defendants.

No. 3:18-cv-05277-RBL

**JOINT STATUS REPORT**

Pursuant to Dkt. 85, the Parties submit the following Status Report:

1.     On April 26, 2019, the Court granted Defendant Playtika Ltd.'s Motion for Certification Pursuant to 28 U.S.C. § 1292(b) and for a Stay Pending Appeal. *See* Dkt. 85.

2.     The Order (i) "permitted [Playtika] to seek an interlocutory appeal of this Court's Order Denying Playtika's Motion to Dismiss" and (ii) ordered that:

"All proceedings in this case are hereby STAYED pending resolution of the appeals in the following related cases:

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

- *Benson v. Double Down Interactive, LLC*, No. 2:18-cv-00525-RBL (W.D. Wash. Apr. 9, 2018), *appeal filed*, No. 18-36015 (9th Cir. Dec. 6, 2018); and

- *Wilson v. Huuuge, Inc.*, No. 3:18-cv-05276 (W.D. Wash. Apr. 6, 2018), *appeal filed*, No. 18-36017 (9th Cir. Dec. 6, 2018)." *Id*. at 1-2.

3.      The Court further ordered the Parties to file a joint status report indicating the status of this case within seven (7) days of the resolution of those appeals.

4.      On December 20, 2019 the Ninth Circuit affirmed the Court's denial of the defendant's motion to compel arbitration in *Wilson v. Huuuge Inc*. The Circuit's mandate issued on January 13, 2020.

5.      On January 29, 2020, the Ninth Circuit affirmed the Court's denial of the defendant's motion to compel arbitration in *Benson v. Double Down Interactive, LLC*. The Circuit's mandate issued on February 20, 2020.

5.      The Parties now have differing views on the status of this case.

6.      Plaintiff Sean Wilson believes that the stay **is now, or should be, lifted**. When the Court stayed this case at Dkt. 85, it held that the "proceedings in this case are hereby STAYED pending resolution of the appeals in the following related cases: *Benson v. Double Down Interactive, LLC* [and] *Wilson v. Huuuge, Inc.*" Both appeals have now been resolved, and the Court's orders denying the respective defendants' motions to compel arbitration were affirmed. And to the extent that the stay has not been automatically lifted, Plaintiff believes that the Court should enter an order lifting the stay, given that the Ninth Circuit's orders in the *Huuuge* and *Double Down* cases foreclose Playtika's petition.

7.      Defendants believe that the case **should continue to be stayed.**  By order of July 17, 2019, the Court of Appeals acted on Playtika Ltd's petition for interlocutory relief, staying consideration of the petition until after it resolved the *Double Down Interactive* and *Huuuge* appeals.  Defendants expect that, now that those appeals have been decided, the Ninth Circuit will return to the petition and decide whether to grant or deny it, after which either a continued

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101
TEL. 206.682.5600 • FAX 206.682.2992

1    stay in this Court would remain appropriate (if the petition is accepted for consideration) or it

2    would not, in which case the parties would work together to propose a schedule for this Court's

3    consideration.

4         8.    In the event this Court agrees with Plaintiff that the stay in this case is or should

5    be lifted, the parties jointly request that they be directed to propose to the Court an agreed

6    schedule or, if they cannot agree, their respective proposed schedules within [14] days of the

7    Court's direction.

8

9

10

11

12   Dated: February 27, 2020            By:  Todd Logan
                                              One of Plaintiff's Attorneys

13

14   EDELSON PC
     Rafey S. Balabanian*
     *rbalabanian@edelson.com*

15   Todd Logan*
     *tlogan@edelson.com*

16   Brandt Silver-Korn*
     *bsilverkorn@edelson.com*

17   123 Townsend Street, Suite 100
     San Francisco, CA 94110
     Tel: 415.212.9300

18   Fax: 415.373.9435

19   *Admitted *pro hac vice*

20

21   By:  Cecily C. Shiel
          One of Plaintiff's Attorneys

22   TOUSLEY BRAIN STEPHENS PLLC
     Cecily C. Shiel, #WSBA 50061

23   1700 Seventh Avenue, Suite 2200
     Seattle, Washington 98101-4416

24   Tel: 206.682.5600
     Fax: 206.682.2992

25   Email: jstrabuk@tousley.com
     Email: cshiel@tousley.com

26

JOINT STATUS REPORT
Case No. 18-cv-005277-RBL - 3

1    DATED: February 27, 2020              By: *s/*     Behnam Dayamin

2                                          Behnam Dayanim (*pro hac vice*)
                                           C. Reade Jacob (*pro hac vice*)
3                                          Edward George (*pro hac vice*)
                                           PAUL HASTINGS LLP
4                                          875 15th Street, NW
                                           Washington, DC 20005
5                                          Tel: 202.551.1737
                                           Email: bdayanim@paulhastings.com
6                                          Email: readejacob@paulhastings.com
                                           Email: edwardgeorge@paulhastings.com
7

8                                          *Attorneys for Defendant Playtika, Ltd.*

9

10

11   DATED: February 27, 2020              By: *s/*     John A. Tondini
                                           John A. Tondini, WSBA #19092
12                                         BYRNES KELLER CROMWELL LLP
                                           1000 Second Avenue, 38th Floor
13                                         Seattle, Washington 98104
                                           Phone: 206.622.2000
14                                               Fax: 206.622.2522 Email:
                                           jtondini@byrneskeller.com
15

16

17

18
     DATED:  February 27, 2020             By: *s/*     John Nadolenco
19                                         John Nadolenco, CA # 181128 (*pro hac vice*)
                                           MAYER BROWN LLP
20                                         350 South Grand Avenue, 25th floor
                                           Los Angeles CA, 90071
21                                         Phone: 213.229.5173
                                           Email: jnadolenco@mayerbrown.com
22
                                           *Attorneys for Defendant Caesars Interactive*
23                                         *Entertainment, LLC.*

24

25

26

JOINT STATUS REPORT
Case No. 18-cv-005277-RBL - 4