The Honorable Robert S. Lasnik

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| SEAN WILSON, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>PLAYTIKA LTD, an Israeli limited company, and CAESARS INTERACTIVE ENTERTAINMENT, LLC, a Delaware limited liability company,<br>Defendants.<br><br>*Defendants*. | No. 18-cv-05277-RSL<br><br>**PLAINTIFF'S MOTION FOR LEAVE TO FILE OVER-LENGTH BRIEFS AND ORDER** |

**EDELSON PC**
350 N LaSalle Street, 14th Floor, Chicago, IL 60654
Tel: 312 589 6370 • Fax: 312 589 6378

1    Plaintiff Sean Wilson, by and through his attorneys, and pursuant to Local Rule 7(f),

2  moves for leave to file two (2) over-length briefs: (i) Plaintiff's Motion for Final Approval of

3  Class Action Settlement Agreement ("Motion for Final Approval"), and (ii) Class Counsel's

4  Motion for Award of Attorneys' Fees and Expenses and Issuance of Incentive Awards ("Motion

5  for Attorneys' Fees, Expenses, and Incentive Awards") (together, the "Motions"). In support,

6  Plaintiff states as follows:

7    1.    Pursuant to Local Rule 7(e), Plaintiff is allotted twenty-four (24) pages for each

8  Motion insofar as the Motions pertain in part to certification of the Settlement Class.

9    2.    The Motions call for, *inter alia*, the factual and procedural background of this

10  complex, multi-year litigation, a discussion of the terms of a landmark class action settlement,

11  and a comprehensive analysis of FRCP 23(e) (Motion for Final Approval) and Ninth Circuit

12  precedent on attorneys' fees in large class actions (Motion for Attorneys' Fees, Expenses, and

13  Incentive Awards).

14    3.    Accordingly, Plaintiff respectfully requests up to an additional three (3) pages

15  (i.e., up to a maximum of twenty-seven (27) pages) for each Motion to address these subjects

16  thoroughly.

17    WHEREFORE, Plaintiff respectfully requests that this Court grant Plaintiff's Motion for

18  Leave to File Over-Length Briefs.

19

20  Dated: December 14, 2020

21                    Respectfully submitted,

22                    By:  /s/Alexander G. Tievsky

23
                      Alexander G. Tievsky, WSBA #57125
24                    atievsky@edelson.com
                      Edelson PC
25                    350 North LaSalle Street, 14th Floor
                      Chicago, Illinois 60654
26                    Tel: 312.589.6370/Fax: 312.589.6378

27

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

By:  /s/Todd Logan

Rafey S. Balabanian*
rbalabanian@edelson.com
Todd Logan*
tlogan@edelson.com
Brandt Silver-Korn*
bsilverkorn@edelson.com
Edelson PC
123 Townsend Street, Suite 100
San Francisco, California 94107
Tel: 415.212.9300/Fax: 415.373.9435


By:  /s/Cecily C. Shiel

TOUSLEY BRAIN STEPHENS PLLC
Cecily C. Shiel, WSBA #50061
cshiel@tousley.com
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-4416
Tel: 206.682.5600

*Plaintiff's Attorneys and Class Counsel*
*Admitted *pro hac vice*

EDELSON PC
350 N LaSalle Street, 14th Floor, Chicago, IL 60654
Tel: 312 589 6370  •  Fax: 312 589 6378

1

## ORDER

2      The motion is **GRANTED.**

3

4  **IT IS SO ORDERED.**

5

6      DATED this ___15th___ day of ___December___, 2021.

7

8

9                                ROBERT S. LASNIK
10                               UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

Pl's Motion for Leave to File Over-Length Briefs
CASE NO. 18-CV-05277- 1