**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| SEAN WILSON, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>PLAYTIKA LTD, an Israeli limited company, and CAESARS INTERACTIVE ENTERTAINMENT, LLC, a Delaware limited liability company,<br><br>*Defendants*. | No. 18-cv-5277-RSL<br><br>**CLASS COUNSEL'S UNOPPOSED MOTION FOR APPROVAL OF SUPPLEMENTAL DISTRIBUTION PLAN AND ORDER** |

**UNOPPOSED MOTION FOR APPROVAL
OF SUPPLEMENTAL DISTRIBUTION PLAN**

On July 7, 2021, this Court approved the distribution plan submitted by the settlement administrators in this and two other social casino class action settlements. *See* Dkt. #169. The Settlement Administrator in this case has since effected that Distribution Plan and has made both initial and supplemental distributions to all claimants. The Settlement Administrator also conducted outreach to claimants in order to encourage them to cash the checks that were issued, pursuant to Section 2.1 of the Settlement Agreement. *See* Dkt. #121-1 § 2.1.

Despite diligent efforts, some checks remain uncashed, and there is over $500,000 remaining in the Settlement Fund as of the date of this filing (the "Reserve Fund"). Class Counsel therefore submits for the Court's approval the following, unopposed Supplemental Distribution Plan:

1. The Settlement Administrator will promptly make an additional distribution to claimants from the Reserve Fund.

2. Specifically, the Settlement Administrator will allocate the Reserve Fund—less the administrative expenses of the additional distribution—pro rata to all claimants who previously received initial and supplemental payments. However, to the extent an additional distribution to a claimant would equal less than five dollars ($5), that additional distribution shall not be paid, and instead the amount shall be distributed pro rata to claimants whose additional distribution is at least five dollars ($5).

3. To the extent that any of these additional payments are not cashed/processed by claimants after ninety (90) calendar days, such funds shall be paid to the Legal Foundation of Washington—the *cy pres* recipient named in § 2.1(h) of the Settlement Agreement.

\*   \*   \*

This proposed Supplemental Distribution Plan is fair, equitable, and faithfully effectuates the Settlement Agreement in this case. *See id.* The Plan also comports with the initial Distribution Plan approved by the Court. *See* Dkt. #169 at 1-2. Consequently, Class Counsel

1  requests—and no Party opposes—that the Court grant this motion and enter the attached
2  Proposed Order.
3
4  Dated:  September 16, 2022                Respectfully submitted,
5
6                                            **CLASS COUNSEL**
7                                            By: /s/ Todd Logan
                                             Rafey S. Balabanian*
8                                            rbalabanian@edelson.com
                                             Todd Logan*
9                                            tlogan@edelson.com
                                             Brandt Silver-Korn*
10                                           bsilverkorn@edelson.com
                                             EDELSON PC
11                                           150 California Street, 18th Floor
12                                           San Francisco, California 94107
                                             Tel: 415.212.9300/Fax: 415.373.9435
13
                                             By: /s/ Alexander G. Tievsky
14                                           Jay Edelson*
15                                           jedelson@edelson.com
                                             Alexander G. Tievsky, WSBA #57125
16                                           atievsky@edelson.com
                                             EDELSON PC
17                                           350 N LaSalle Street, 14th Floor
                                             Chicago, IL 60654
18                                           Tel: 312.589.6370 / Fax: 312.589.6378
19
                                             *Class Counsel*
20
                                             By: /s/ Cecily C. Jordan
21                                           Cecily C. Jordan, WSBA #50061
22                                           cjordan@tousley.com
                                             TOUSLEY BRAIN STEPHENS PLLC
23                                           1200 Seventh Avenue, Suite 1700
                                             Seattle, Washington 98101
24                                           Tel: 206.682.5600
25
                                             *Plaintiff's Counsel*
26
27                                           *Admitted *pro hac vice*

UNOPPOSED MTN FOR SUPP. DISTRIBUTION PLAN                3         EDELSON PC
CASE NO. 18-CV-5277-RSL                                            350 N LaSalle Street, 14th Floor, Chicago, IL 60654
                                                                   Tel: 312.589.6370  •  Fax: 312.589.6378

# ORDER

Class Counsel's unopposed motion is GRANTED. The Supplemental Distribution Plan is approved.

IT IS SO ORDERED.

Dated this 19th day of September, 2022.

ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

ORDER
CASE NO. 18-CV-5277-RSL

1

**EDELSON PC**
350 N LaSalle Street, 14th Floor, Chicago, IL 60654
Tel: 312.589.6370 • Fax: 312.589.6378